UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:20-cv-82129-WPD

HOWARD COHAN,

    Plaintiff,

vs.

FLAPAN LLC
a Florida Limited Liability Company
d/b/a PANERA BREAD

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, FLAPAN LLC, a Florida Limited Liability Company, d/b/a PANERA BREAD, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED April 1, 2021.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Attorney for Plaintiff

**By: /s/ Joseph Ruiz**
Joseph R. Ruiz
Florida Bar No.: 65732
Zumpano Castro, LLC
500 S. Dixie Highway, Suite 302
Coral Gables, FL 33146
Telephone: (305) 503-2990
Facsimile: (305) 774-5908
Email: joseph.ruiz@zumpanocastro.com
Secondary Email:
carlos.zumpano@zumpanocastro.com
Attorney for Defendant

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                             **/s/ Gregory S. Sconzo**
                                             **Gregory S. Sconzo, Esq.**