UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:20-cv-82129-WPD

HOWARD COHAN,

    Plaintiff,

vs.

FLAPAN LLC
a Florida Limited Liability Company
d/b/a PANERA BREAD

    Defendant(s).
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and Defendant, FLAPAN LLC (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against Defendant; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED April 30, 2021.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Joseph Ruiz** |
| Gregory S. Sconzo, Esq. | Joseph R. Ruiz |
| Florida Bar No.: 0105553 | Florida Bar No.: 65732 |
| Sconzo Law Office, P.A. | Zumpano Castro, LLC |
| 3825 PGA Boulevard, Suite 207 | 500 S. Dixie Highway, Suite 302 |
| Palm Beach Gardens, FL 33410 | Coral Gables, FL 33146 |
| Telephone: (561) 729-0940 | Telephone: (305) 503-2990 |
| Facsimile: (561) 491-9459 | Facsimile: (305) 774-5908 |
| Email: greg@sconzolawoffice.com | Email: joseph.ruiz@zumpanocastro.com |
| Attorney for Plaintiff | Secondary Email: |
| | carlos.zumpano@zumpanocastro.com |
| | Attorney for Defendant |

1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**